IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHRYN ROSENKRANTZ, <br><br> Plaintiff, <br><br> vs. <br><br> LOW KEY SERVICES, LLC, d/b/a COMMON SENSE COMPRESSOR, a Montana Limited Liability Company, <br><br> Defendant. | CV 25-101-M-KLD <br><br><br> ORDER |

This matter comes before the Court on several related procedural motions. On July 15, 2026, Plaintiffs filed an unopposed motion to consolidate this matter with the related case, *Aaron Rosenkrantz v. Low Key Services, LLC*, CV 25-102-M-KLD. (Doc. 21). That same day, the parties filed a joint motion to amend the scheduling order and request a scheduling conference, as well as a stipulated extension of the expert witness disclosure deadline in this matter. (Docs. 22, 23). On July 16, Defendant filed an unopposed motion for referral to mediation. (Doc. 24). A similar motion was filed in the related case *Aaron Rosenkrantz v. Low Key Services, LLC*, CV 25-102-M-KLD. Accordingly,

IT IS ORDERED that the motion for referral to mediation (Doc. 24) is GRANTED. This case is referred to United States Magistrate Judge John Johnston for the purpose of conducting a settlement conference in conjuncture with the

1

related case *Aaron Rosenkrantz v. Low Key Services, LLC*, CV 25-102-M-KLD.

Arrangements for the conference will be made by Judge Johnston. The Clerk of Court shall give notice of the entry of this Order to the parties and to Judge Johnston's chambers.

IT IS FURTHERED ORDERED that the motion to consolidate (Doc. 21) is DENIED without prejudice to refile following the conclusion of the settlement conference.

IT IS FURTHER ORDERED that the September 21, 2026 discovery deadline and the August 17, 2026 motions deadline, as set out in the Court's August 26, 2026 scheduling order (Doc. 14) and modified by the parties' subsequent stipulation (Doc. 20), are STAYED pending the resolution of the scheduling conference.

IT IS FURTHER ORDERED that the motion to amend the scheduling order and request for scheduling conference (Doc. 22) is DENIED without prejudice to refile following the conclusion of the settlement conference. The Court will set a scheduling conference in the event that the case does not settle.

DATED this 17th day of July, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

2